UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS CHAVERS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-08-3286 |
| | § | |
| TYRONE MORROW, *et al*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER FOR EXPEDITED RESPONSE</u>

The defendants' motion for more definite statement and for protection from discovery (#84) has been filed. A response to this motion is required on an expedited basis. The response is due no later than February 26, 2010.

SIGNED at Houston, Texas this 17th day of February, 2010.

_____
Kenneth M. Hoyt
United States District Judge