IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS CHAVERS, et. al | § § § | |
| Plaintiffs, | § § | Case No. 4:08-cv-03286 |
| vs. | § § § | |
| TYRONE MORROW, et. al | § | |

**<u>DEFENDANT TYRONE MORROW'S CERTIFICATE OF INTERESTED PERSONS</u>**

In accordance with this Honorable Court's Order dated February 11, 2010, Tyrone Morrow, ("Morrow") through his attorneys of record, state that based on his knowledge and belief, no person, association of persons, firm, partnership, corporation, guarantor, insurer, affiliate, parent or subsidiary corporation, or other legal entity is financially interested in the outcome of this case, except for the following:

1. Plaintiff Thomas Chavers;

2. Plaintiff Sandra Portzer;

3. Plaintiff Brazos Valley Carriage Company, L.P.;

4. Plaintiff All American Roadrunners, L.P.;

5. Plaintiff Brazos Valley Roadrunners, L.P.;

6. Defendant Tyrone Morrow;

7. Defendant Michael Ikner;

8. Defendant The City of Bryan, Texas;

9. Defendant The City of College Station, Texas;

10. Defendant Brazos County, Texas;

11. Defendant Christopher Kirk;

12. Defendant Glenn Brown;

13. Defendant David Watkins;

14. Defendant Scott Hines;

15. Defendant Karla Wiesepape;

16. Defendant Rachel Falwell;

17. Defendant Walters Sayers;

18. Defendant Peter Glidewell;

19. Defendants John Does 1-20;

20. The attorneys of record for the named parties, and any firms which those attorneys may be associated.

Defendant Morrow further adopts and incorporates by reference all of the persons and/or entities identified by all other parties in this action.

WHEREFORE, PREMISES CONSIDERED, Defendant Tyrone Morrow prays the Court enter judgment that Plaintiffs take nothing; dismiss Plaintiffs' claims, in their entirety, with prejudice; assess costs against Plaintiffs, and award Defendant all other relief to which he may show himself entitled.

Respectfully submitted,

MCKAMIE KRUEGER, L.L.P.

BY: *S/ Kevin M. Curley*
WILLIAM W. KRUEGER, III
State Bar No. 11740530
KEVIN M. CURLEY
State Bar No. 24047314
2007 N. Collins, Suite 501
Richardson, Texas 75080
(214) 253-2600 (office)
(214) 253-2626 (telecopier)
**ATTORNEYS FOR DEFENDANT MORROW**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served to all counsel of record by ECF filing on this the 24th day of February, 2010.

*S/ Kevin M. Curley*
**KEVIN M. CURLEY**