UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS CHAVERS, *et al*, | § § § | |
| Plaintiffs, | § | |
| vs. | § | CIVIL ACTION NO. 4:08-cv-03286 |
| | § § | |
| TYRONE MORROW, *et al*, | § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is the defendant's, Chief of Police Tyrone Morrow ("Chief Morrow"), Request for Rule 7(a) Reply to the Plaintiffs' Original Complaint (Docket Entry No. 42). The plaintiffs have filed no response in opposition to Chief Morrow's request. The Court, after having carefully examined the request, the pleadings and the applicable law, determines that Chief Morrow's request should be granted. Accordingly, it is therefore,

ORDERED that Chief Morrow's Request for a Rule 7(a) Reply is GRANTED. The plaintiffs are hereby ordered to file a reply in accordance with FED. R. CIV. P. 7(a), within ten (10) days of the date of entry of this Order, alleging with specificity the material facts on which they contend will establish their right to recovery, notwithstanding Chief Morrow's plea of qualified immunity.

It is so **ORDERED**.

SIGNED at Houston, Texas this 25th day of February, 2010.

_____
Kenneth M. Hoyt
United States District Judge