UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS CHAVERS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-08-3286 |
| | § | |
| TYRONE MORROW, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON February 23, 2010 at 3:00 p.m.**

**Appearance for Plaintiff**                                **Appearance for Defendant**

Ty Odell Clevenger                                          William W. Krueger, III
Jeffrey M. Burns                                            Ramon G. Viada, III
                                                            Daniel F. Shank
                                                            John W. Belk

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| New parties/class allegations by: | March 31, 2010 |
| Plaintiff's experts to be designated by: | September 1, 2010 |
| Report furnished by: | September 1, 2010 |
| Defendant's experts to be designated by: | October 1, 2010 |
| Report furnished by: | October 1, 2010 |
| Discovery to be completed by: | November 30, 2010 |
| Dispositive motions due by: | November 30, 2010 |
| Docket call to be held at 11:30 a.m. on: | January 10, 2011 |
| Estimated trial time:  40 hours | Jury |

The following rulings were made:

The initial disclosures are due on or before March 31, 2010, pursuant to FRCP 26(f).

It is so ORDERED.

SIGNED at Houston, Texas this 25th day of February, 2010.

_____
Kenneth M. Hoyt
United States District Judge