IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS CHAVERS, SANDRA PORTZER, BRAZOS VALLEY CARRIAGE COMPANY, L.P., ALL AMERICAN ROADRUNNERS, L.P., and BRAZOS VALLEY ROADRUNNERS, L.P. <br><br> Plaintiffs, <br><br> vs. <br><br> TYRONE MORROW; MICHAEL IKNER; THE CITY OF BRYAN, TEXAS; THE CITY OF COLLEGE STATION, TEXAS; BRAZOS COUNTY, TEXAS; CHRISTOPHER KIRK; GLENN BROWN; DAVID WATKINS; SCOTT HINES; KARLA WIESEPAPE; RACHEL FALWELL; WALTER SAYERS, and PETER GLIDEWELL, <br><br> Defendants | Case No. 08-cv-3286 |

## RULE 7(a) Reply

COME NOW the Plaintiffs and in reply to Defendant Tyrone Morrow's assertion of qualified immunity and request for Rule 7(a) Reply and would show the Court the following:

1. Plaintiffs incorporate paragraphs 8, 21-49, 50-56, 57-63 of their Third Amended Petition as if stated in full herein. [Document 99 – Filed 3/8/10]

2. Plaintiffs incorporate sections 1 & 4 of their Response to Defendant Tyrone Morrow's Motion for Protection From Discovery, Motion to Dismiss and Alternative Motion for Summary Judgment as if stated in full herein. [Document 63 – Filed 2/23/09]

*Prayer for Relief*

Wherefore, the Plaintiffs pray:

a. Plaintiffs' Third Amended Petition and the arguments previously presented in Defendant Tyrone Morrow's Motion for Protection From Discovery, Motion to Dismiss and Alternative Motion for Summary Judgment satisfactorily meet the pleading requirement ordered by this Court.

b. If the factual allegations and legal authority referenced herein is insufficient under Rule 7(a) to address Defendant Tyrone Morrow's qualified immunity defense, that Plaintiffs be allowed to replead or amend this response.

Respectfully submitted,

**/s/ Jeffrey M. Burns**
Ty Clevenger
SDTX Bar No. 727184
Jeffrey M. Burns
SDTX Bar No. 860579
YOUNGKIN & BURNS
PO BOX 4806
Bryan, Texas 77805
Phone: (979) 776-1325
Fax:    (979) 776-1315

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2010, I filed the foregoing document electronically with the clerk of the U.S. District Court for the Southern District of Texas. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice:

    Ramon G. Viada, III
    Viada & Strayer
    17 Swallow Tail Court, Suite 100
    The Woodlands, Texas 77381
    COUNSEL FOR DEFENDANT CITY OF BRYAN

    Daniel F. Shank
    Coats Rose
    3 E. Greenway Plaza, Suite 2000
    Houston, Texas 77046
    COUNSEL FOR DEFENDANTS CITY OF
    COLLEGE STATION AND MICHAEL IKNER

    John W. Belk
    1001 McKinney, Suite 1400
    Houston, Texas 77002
    COUNSEL FOR DEFENDANT BRAZOS COUNTY, TEXAS

    William W. Krueger, III
    900 Jackson Street, Suite 710
    Dallas, Texas 75202
    COUNSEL FOR DEFENDANT TYRONE MORROW

    **/s/ Jeffrey Burns**
    Jeffrey Burns